## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   WILME J HUDSON

§
§          Case No.: 10-37982
§
§
§
§
Debtor(s)                         §

––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)   The case was filed on 08/25/2010.

2)   This case was confirmed on 11/18/2010.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/18/2010.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on 08/02/2011, 09/28/2011.

5)   The case was dismissed on 03/22/2012.

6)   Number of months from filing to the last payment:  18

7)   Number of months case was pending:  22

8)   Total value of assets abandoned by court order:  NA

9)   Total value of assets exempted: $    45,900.00

10)   Amount of unsecured claims discharged without payment $       .00

11)   All checks distributed by the trustee to this case have cleared the bank.

UST Form 101-13-FR-S(9/01/2009)

===================================================================

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $   22,886.00 |
| Less amount refunded to debtor | $    2,708.29 |
| **NET RECEIPTS** | $   20,177.71 |

===================================================================

===================================================================

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $    3,000.00 |
| Court Costs | $         .00 |
| Trustee  Expenses and Compensation | $      854.62 |
| Other | $         .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $    3,854.62 |
| Attorney fees paid and disclosed by debtor | $      500.00 |

===================================================================

===================================================================

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DISCOVER FINANCIAL S | UNSECURED | 2,291.32 | 2,291.32 | 2,291.32 | .00 | .00 |
| FUTURE FINANCE | SECURED | 10,569.57 | 15,942.99 | 15,942.99 | 11,459.24 | 3,577.46 |
| BAC HOME LOANS SERVI | SECURED | 186,436.33 | 139,716.34 | .00 | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | 23,518.52 | 25,934.34 | 26,084.34 | 853.45 | .00 |
| WEST COAST REALTY SE | SECURED | 17,207.81 | 1,778.11 | .00 | .00 | .00 |
| WEST COAST REALTY SE | SECURED | 12,807.42 | 13,231.99 | 13,231.99 | 432.94 | .00 |
| BANK OF AMERICA | OTHER | .00 | NA | NA | .00 | .00 |
| FUTURE FINANCE | OTHER | .00 | NA | NA | .00 | .00 |
| FAMILY EYECARE ASSOC | UNSECURED | 108.00 | NA | NA | .00 | .00 |
| A TOUCH OF CLASS DEN | UNSECURED | 976.86 | 976.86 | 976.86 | .00 | .00 |
| JNA ANESTHESIA SC | OTHER | 833.00 | NA | NA | .00 | .00 |
| MEDICAL | UNSECURED | 910.00 | NA | NA | .00 | .00 |
| MEDICAL | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| MEDICAL | UNSECURED | 289.00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 67,293.01 | 72,037.60 | 72,037.60 | .00 | .00 |
| CCS FIRST SAVINGS BA | UNSECURED | 66.00 | NA | NA | .00 | .00 |
| SANATH KUMAR | UNSECURED | 209.03 | NA | NA | .00 | .00 |
| ACL LABORATORIES | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | UNSECURED | 157.63 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | UNSECURED | 599.77 | NA | NA | .00 | .00 |
| LCA LABORATORY CORP | UNSECURED | 88.75 | NA | NA | .00 | .00 |
| LAKESIDE SURGERY CEN | UNSECURED | 26,666.86 | NA | NA | .00 | .00 |
| LAKESIDE SURGERY CEN | UNSECURED | 1,683.63 | NA | NA | .00 | .00 |

===================================================================

**UST Form 101-13-FR-S(9/01/2009)**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LAKESIDE SURGERY CEN | UNSECURED | 178.60 | NA | NA | .00 | .00 |
| DEREK J DAWSON M D | UNSECURED | 824.28 | NA | NA | .00 | .00 |
| PRIMLA SHARMA | UNSECURED | 1,069.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 3,200.42 | 3,200.42 | 3,200.42 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,315.72 | 1,315.72 | 1,315.72 | .00 | .00 |
| BAC HOME LOANS SERVC | OTHER | NA | NA | NA | .00 | .00 |

**Scheduled Creditors:**

UST Form 101-13-FR-S(9/01/2009)

```
.================================================================.
| Summary of Disbursements to Creditors:                         |
|                                                                |
|                                Claim       Principal      Int. |
|                                Allowed      Paid          Paid |
| Secured Payments:                                              |
|     Mortgage Ongoing              .00         .00          .00 |
|     Mortgage Arrearage      39,316.33    1,286.39          .00 |
|     Debt Secured by Vehicle 15,942.99   11,459.24     3,577.46 |
|     All Other Secured             .00         .00          .00 |
| TOTAL SECURED:              55,259.32   12,745.63     3,577.46 |
|                                                                |
| Priority Unsecured Payments:                                   |
|     Domestic Support Arrearage    .00         .00          .00 |
|     Domestic Support Ongoing      .00         .00          .00 |
|     All Other Priority            .00         .00          .00 |
| TOTAL PRIORITY:                   .00         .00          .00 |
|                                                                |
| GENERAL UNSECURED PAYMENTS:  79,821.92        .00          .00 |
.================================================================.


.================================================================.
| Disbursements:                                                 |
|                                                                |
|     Expenses of Administration    $    3,854.62               |
|     Disbursements to Creditors    $   16,323.09               |
|                                                                |
| TOTAL DISBURSEMENTS:                   $   20,177.71          |
.================================================================.
```

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   06/28/2012          /s/ Tom Vaughn
                             Tom Vaughn, Chapter 13 Trustee

STATEMENT : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**